**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WHEELER and SANDRA WHEELER,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>JOHN CRANE, INC., et al.,<br><br>　　　　Defendants. | No. 2:18-cv-09051-FMO (MAA)<br><br>ORDER DISMISSING ACTION AND REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT |

PURSUANT TO STIPULATION, IT IS ORDERED: Defendant JOHN CRANE, INC. is dismissed from this action and this case is REMANDED to the Superior Court of California, County of Los Angeles, Case. No. BC720137. The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of Los Angeles.

Dated: November 13, 2018　　　　　_____/s/_____

　　　　　　　　　　　　　　　　HON. FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT